In the Matter of the Application of S. M. GOLDBERG ENTERPRISES, INC., for an Order Directing that the Arbitration between Petitioner and One PAUL SCHAYE, Assignor of SIMON GUTNER, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Motion for leave to appeal to the Court of Appeals or for a

reargument denied, with ten dollars costs, and motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.